STEPHEN KENT ROSE
Attorney at Law
Post Office Box 29393
San Francisco, California 94129
(415) 332-6000
stephenkentrose@gmail.com
CA State Bar Number 77941

Attorney for Plaintiff
ZACHARY YATES

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZACHARY YATES,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SONOMA COUNTY, LAURA CONSIGLIO, BRANDON BANNISTER, DPO CHASTAIN, MARK ESSICK, SHERIFF OF SONOMA COUNTY, LEGACY LONG DISTANCE INTERNATIONAL, INC., DBA LEGACY INMATE COMMUNICATIONS,<br>DOES ONE THROUGH EIGHTY-EIGHT,<br><br>　　　　　　Defendants./ | No. 23-cv-01812-HSG<br><br>ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE (as modified) |

　　　GOOD CAUSE APPEARING the Case Management Conference currently scheduled for April 1, 2025 shall be continued to April 8, 2025 at 2 p.m. via Zoom. The Zoom webinar information and instructions remain the same as previously provided in docket no. 45. All attorneys and pro se litigants appearing for the case management conference are required to join at least 15 minutes before the hearing to check-in with the CRD.

　　　DATED: 3/25/2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge