UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZACHARY YATES,

    Plaintiff,

v.

SONOMA COUNTY, et al.,

    Defendants.

Case No. 23-cv-01812-HSG

**SCHEDULING ORDER**

A case management conference was held on April 8, 2025. Having considered the parties' proposals, *see* Dkt. No. 54, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | September 5, 2025 |
| Close of Fact Discovery | January 16, 2026 |
| Exchange of Opening Expert Reports | February 13, 2026 |
| Exchange of Rebuttal Expert Reports | February 27, 2026 |
| Close of Expert Discovery | March 20, 2026 |
| Dispositive Motion Hearing Deadline | July 16, 2026, at 2:00 p.m. |
| Pretrial Conference | October 13, 2026, at 3:00 p.m. |
| Jury Trial (5 days) | November 2, 2026, at 8:30 a.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 4/10/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge