HEFNER, STARK & MAROIS, LLP
BREANN M. MOEBIUS (SBN 254608)
KIRK E. GIBERSON (SBN 125155)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-4136
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: bmoebius@hsmlaw.com
Attorneys for Defendant Legacy Long Distance International, Inc. DBA Legacy Inmate Communications

STEPHEN KENT ROSE SBN 77941
Attorney at Law
Post Office Box 29393
San Francisco, CA 94129
Telephone: (415) 332-6000
Email: stephenkentrose@gmail.com
Attorney for Plaintiff
ZACHARY YATES

JOSHUA A. MYERS #250988
County Counsel
PETRA BRUGGISSER #241173
Chief Deputy County Counsel
MICHAEL A. KING #77014
Deputy County Counsel
575 Administration Drive, Room 105
Santa Rosa, California 95403-2815
Telephone: (707) 565-2421
Fax: (707) 565-2624
Petra.bruggisser@sonoma-county.org
Attorneys for Defendants COUNTY OF SONOMA, LAURA CONSIGLIO, BRANDON BANNISTER, DPO CHASTAIN, MARK ESSICK

Hefner, Stark & Marois, LLP
Sacramento, CA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ZACHARY YATES,

Plaintiff,

v.

SONOMA COUNTY, LAURA CONSIGLIO, BRANDON BANNISTER, DPO CHASTAIN, MARK ESSICK, SHERIFF OF SONOMA COUNTY, LEGACY LONG DISTANCE INTERNATIONAL, INC. DBA LEGACY INMATE COMMUNICATIONS, DOES ONE THROUGH EIGHTY-EIGHT,

Defendants.

Case No. 4:23-cv-01812-HSG

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER THEREON**

Action Filed: April 13, 2023
Trial Date: November 2, 2026

Hon. District Court Judge: Haywood S. Gilliam, Jr.

In its March 10, 2025 Order, this Court granted dismissal with prejudice of Plaintiff Zachary Yates' ("Plaintiff") Fourth Claim for Relief under 42 U.S.C. § 1983 based on alleged violations of Plaintiff's Fourth and Sixth Amendments rights; Fifth Claim for Relief under California Penal Code sections 636 and 637.2; and Sixth Claim for Relief alleging "Corporate Liability" under § 1983. (ECF Doc. 45). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff; Sonoma County,

Laura Consiglio, Brandon Bannister, DPO Chastain, Mark Essick, Sheriff of Sonoma County (collectively, "County Defendants"); and Legacy Long Distance International, Inc. dba Legacy Inmate Communications ("Legacy"), by and through their undersigned counsel, hereby stipulate to dismiss with prejudice the remaining theory of the Fourth Claim for Relief based on alleged violations of the Federal Wiretap Act, Title III of the Omnibus Crime Control and Safe Streets Act of 1968, 18 U.S.C. §§ 2511, 2520, against County Defendants and Legacy in its entirety, with each Party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: August 24, 2026 STEPHEN KENT ROSE

By: /s/ Stephen Kent Rose
Stephen Kent Rose
Attorney for Plaintiff Zachary Yates

Dated: August 24, 2026 HEFNER, STARK & MAROIS, LLP

By: /s/ Breann M. Moebius
Breann M. Moebius
Attorneys for Defendant Legacy Long Distance International, Inc. DBA Legacy Inmate Communications

Dated: August 24, 2026 ROBERT H. PITTMAN, Sonoma County Counsel

By: /s/ Petra Bruggisser
Deputy County Counsel
Attorneys for County Defendants

Hefner, Stark & Marois, LLP
Sacramento, CA

**ORDER**

The Court, having received, read, and considered the stipulation of the parties hereby adopts the stipulation of the parties in its entirety as its order: Plaintiff's Fourth Claim for Relief alleging violations of the Federal Wiretap Act is dismissed with prejudice against all defendants in its entirety and no claims remain against defendant Legacy Long Distance International, Inc. dba Legacy Inmate Communications in the case.

**IT IS SO ORDERED.**

Dated: 8/25/2026

Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE